IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 00–cr–00227–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STEVEN WYRICK,

    Defendant.

---

**ORDER**

---

    This matter comes before the court on Defendant's pro se motion for a free copy of investigative reports and a transcript of his sentencing hearing (#74). He says that he needs the transcript to decide whether to file a motion under 28 U.S.C. s 2222. Defendant has cited no authority entitling him to a free transcript at this late point in the proceeding. It appears to a reasonable certainty from the court's file that any motion under section 2255 would be barred by the one-year limitations period set forth in that statute. The motion must be DENIED.

    **SO ORDERED.**

    Dated this 19th day of June, 2008.

                                           BY THE COURT:

                                           s/ Edward W. Nottingham
                                           EDWARD W. NOTTINGHAM
                                           Chief United States District Judge